# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0872.  THE STATE v. MOISES HERRERA-BUSTAMANTE.**

Following a jury trial, Moises Herrera-Bustamante was convicted of driving under the influence and carrying an open container of alcohol in a vehicle. The trial court granted Herrera-Bustamante's motion for new trial, finding that his refusal to submit to a breath test, admitted at trial pursuant to Georgia's implied consent statutes, violated his constitutional right against self-incrimination in light of the recent decision in *Olevik v. State*, Case No. S17A0738, 2017 WL 4582402 (Ga. Oct. 16, 2017).

The State filed a notice of appeal to the Georgia Supreme Court. The record was mistakenly transmitted to this Court and docketed. The State has filed a motion to transfer, highlighting that it directed its notice of appeal to the Georgia Supreme Court. Accordingly, the State's motion to transfer is GRANTED and this appeal is hereby TRANSFERRED to the Georgia Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/02/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*